

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00209-CV

| | | |
|---|---|---|
| CSHK Dubai Contracting LLC, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (23-6786-431) |
| v. | § | July 3, 2025 |
| Sadruddin Enayat Ali, Abdul Sultan Jamal, and Wazir Ali Daridia, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellant CSHK Dubai Contracting LLC's (CSHK) petition for recognition and granting Appellees Sadruddin Enayat Ali, Abdul Sultan Jamal, and Wazir Ali Daridia's (collectively Appellees) motion for nonrecognition. It is ordered that the trial court's order denying CSHK's petition for recognition and granting Appellees' motion for nonrecognition is affirmed.

It is further ordered that CSHK shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack